NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZAKAYYIA SHATEK HEARD,**

*Petitioner*

v.

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1358

---

Petition for review of the Merit Systems Protection Board in No. AT-315H-17-0776-I-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 28, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court

**ISSUED AS A MANDATE:** June 28, 2023